Rafael Alvaro PRIETO,
Plaintiff–Appellant,

v.

UNITED STATES of America; George W. Bush, Jr., President of the United States; State of Texas; Rick Perry, Governor; Janie Cockrell, Director, Texas Department of Criminal Justice; Institutional Division; City of Hurst, Texas Police Department; J. Meeks, Officer, Hurst Police Department; NFN Young, Officer, Hurst Police Department; NFN Reed, Officer, Hurst Police Department Unknown Officers, Hurst Police Department, Defendants–Appellees.

No. 04–10624.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Rafael A. Prieto, Iowa Park, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Rafael Alvaro Prieto, Texas state prisoner # 843320, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint as frivolous. Prieto argues that he is entitled to damages because he was illegally convicted of sexually molesting two teenaged boys.

Prieto is challenging the validity of his conviction, and he has not demonstrated that his conviction has been reversed, questioned, or declared invalid. *See Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). The district court did not abuse its discretion in dismissing Prieto's complaint as frivolous. *See Martin v. Scott*, 156 F.3d 578, 580 (5th Cir.1998); 28 U.S.C. § 1915A(b)(1).

Prieto's appeal is without arguable merit and is thus frivolous. *See Howard v. King*, 707 F.2d 215, 219–20 (5th Cir.1983). Because the appeal is frivolous, it is DISMISSED. *See* 5TH CIR. R. 42.2. Prieto is warned that the district court's dismissal of his complaint as frivolous constitutes a "strike" and that the dismissal of this appeal as frivolous also counts as a "strike" under 28 U.S.C. § 1915(g). *See Adepegba v. Hammons*, 103 F.3d 383, 385–87 (5th Cir.1996). Prieto is cautioned that if he accumulates three "strikes" under 28 U.S.C. § 1915(g), he will not be able to proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.